58 A.3d 1177

DARYL MURRAY, PLAINTIFF–PETITIONER, v. THE HONICKMAN GROUP D/B/A BEVERAGE DISTRIBUTION CENTER, INC. ALSO D/B/A/ PEPSI–COLA AND NATIONAL BRAND BEVERAGES, LTD., THE WORKPLACE GROUP, INC. (WPG), SARA SALVATORE, INDIVIDUALLY AND AS AN EMPLOYEE FOR THE WORKPLACE, INC., AND NANCY RODRIGUEZ, INDIVIDUALLY, DEFENDANTS–RESPONDENTS.

October 5, 2012.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Appellate Division for disposition of plaintiff's appeal of the trial court orders on the merits.

58 A.3d 1177

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. EDWARD F. SYLVIA, DEFENDANT–PETITIONER.

October 12, 2012.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division to address those arguments. Jurisdiction is not retained.